FILED ___ ENTERED
___ LOGGED ___ RECEIVED
FEB 19 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

maurice stokes

v

national basketball association

I offer every player on a rookie contract thats not Lebron James or Micheal Jordans son one million dollars a season to enter our live draft but you gotta get picked no friend or family picks only talent gets you in and you can play as long as you can win one on one against paul george or Joel embid so I think that means yall on one year deals too but that year is on a resort no bills with your wife and kids no girlfriends are allowed and they must work for you no assistants trainers or help allowed on grounds Jared mccain you know philly loves you more then maxey so you know that I get you and wembyana if you leave and take the cut I get a team for you to own to make the money up and Paul George, Maxey and Embid yall all get a team if Embid plays for me same rules and pay as the WNBA and yall get to watch games yall want all day one game at a time one stadium no fans all family and coaches and all games are posted worldwide online owners can play only if they are better then all the players left in the draft and they dont play GM and the teams first pick must be their position to compete to start.

wnba on behalf of all yoll so dont settle out when their lawyer's call, I want all the old legends that retired never making a million bucks come play for the love of the game and get paid a million bucks by us